FILED
2019 Jun-13 PM 01:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| CANAL INDEMNITY COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 3:19-cv-163-LCB |
| WILSON PROPERTIES, INC., et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff has filed a notice of dismissal (doc. 23), stating that it voluntarily dismisses this action with prejudice.

Accordingly,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE. Costs taxed as paid.

**DONE** and **ORDERED** June 13, 2019.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE